UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No.: | CV 15-01335 AG (RAO) | Date: September 28, 2015 |
| Title: | Albert Dean Cain, Jr. v. Tutor-Saliba Corporation, et al. | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE**

     On July 6, 2015, Plaintiff Albert Dean Cain, Jr. ("Plaintiff"), an individual proceeding *pro se*, filed a Complaint against Defendants Tutor-Saliba Corporation, Don Cole, and James Sullivan. On August 4, 2015, the Court issued an Order directing the United States Marshal ("Marshal") to serve the Complaint and requiring Plaintiff to file on or before September 3, 2015, (1) a Notice of Submission indicating that the required USM-285 forms and copies of the Complaint had been submitted to the Marshal, and (2) copies of the USM-285 forms that were submitted to the Marshal. To date, however, Plaintiff has not filed a Notice of Submission or the required USM-285 forms.

     In light of the foregoing, IT IS HEREBY ORDERED that Petitioner shall show cause in writing, on or before **October 12, 2015**, why this action should not be dismissed based upon Petitioner's failure to prosecute. Petitioner is cautioned that the failure to comply with this Order and/or to show good cause may result in the dismissal of this action based upon Petitioner's failure to prosecute.

     **IT IS SO ORDERED.**

: <br>Initials of Preparer   gr