JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| ALBERT DEAN CAIN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>TUTOR-SALIBA CORPORATION<br><br>Defendant. | Case No. EDCV 15-1335 AG (RAOx)<br><br>**JUDGMENT** |

The Court enters Judgment in favor of Defendant and against Plaintiff.

Dated May 10, 2016

                                                   Hon. Andrew J. Guilford
                                                 United States District Judge